UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>JEANIE SCHOFIELD<br><br>Debtor. | Chapter 7<br><br>Case No. 09-15849-FJB |

## JOINT MOTION TO CONTINUE HEARING SCHEDULED FOR APRIL 22, 2014

Harold B. Murphy, the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Jeanie Schofield (the "Debtor") and Deutsche Bank National Trust Company, As Trustee for the Holders of GSAMP 2002-HE-2, Mortgage Pass-Through Certificates, Series 2002-HE2 (the "Bank"), respectfully request that the Court continue for a period of approximately three weeks the hearing presently scheduled for April 22, 2014 at 10:00 a.m. (the "Hearing") with respect to the motion filed by the Bank (the "Motion for Relief") for relief from the automatic stay with respect to the real property known and numbered as 55-57 Elm Street, Unit #2, Andover, Massachusetts (the "Property"). As grounds therefore, the Trustee and the Bank state that they are in discussions to resolve the Trustee's objection to the Motion for Relief. In further support of the requested continuance, the Trustee and the Bank (the "Parties") state as follows:

1. The Parties have conferred regarding the Trustee's objections to the Motion for Relief, and have discussed a potential resolution.

2. In order to preserve the resources of both the Court and the Parties, the Parties request a continuance of the Hearing for a period of approximately three weeks, until May 13, 2014, or such date as may be convenient to the Court's calendar.

3. The Parties further request that the Court set May 9, 2014 at 4:30 p.m. as the deadline for the Trustee to file a response to the Motion for Relief.

4. The Debtor will be served with a copy of this motion.

WHEREFORE, the Trustee requests that this Court:

(i) Continue the Hearing until May 13, 2014, or such alternative date as may be convenient to the Court's calendar;

(ii) Set an objection deadline with respect to the Motion for Relief of May 9, 2014 at 4:30 p.m. and

(iii) Grant such other relief as is just and proper.

| HAROLD B. MURPHY<br><br>By his attorneys,<br><br>/s/ Kathleen R. Cruickshank<br>Kathleen R. Cruickshank (BBO #550675)<br>MURPHY & KING Professional Corporation<br>One Beacon Street<br>Boston, Massachusetts 02108<br>Tel: (617) 423-0400<br>Fax: (617) 423-0498<br>Email: krc@murphyking.com | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF GSAMP 2002-HE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-HE2<br><br>By its attorney,<br><br>/s/ Marcus Pratt<br>Marcus Pratt, Esquire (BBO #684610)<br>Korde & Associates, P.C.<br>321 Billerica Road, Suite 210<br>Chelmsford, MA 01824-4100<br>Tel: (978) 256-1500<br>Email: bankruptcy@kordeassoc.com |
|---|---|

Dated: April 17, 2014
667945

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: )<br>)<br>) | Chapter 7 |
| JEANIE SCHOFIELD ) | Case No. 09-15849-FJB |
| )<br>Debtor. )<br>) | |

### CERTIFICATE OF SERVICE

I, Kathleen R. Cruickshank, hereby certify that on April 17, 2014, I caused a copy of the *Joint Motion to Continue Hearing Scheduled for April 22, 2014* to be served by this court's CM/ECF system and/or first class mail, postage prepaid to the party on the attached service list.

/s/ Kathleen R. Cruickshank
Kathleen R. Cruickshank (BBO #550675)
MURPHY & KING, Professional Corporation
One Beacon Street
Boston, MA 02108
Tel: (617) 423-0400
Email: krc@murphyking.com

Dated: April 17, 2014
668019-v1

**JEANIE SCHOFIELD**
**SERVICE LIST**

**VIA FIRST CLASS MAIL:**

Jeanie Schofield
256 North Main Street, Apt. B-4
Andover, MA 01810

Tax Collector
Town of Andover
36 Bartlet Street
Andover, MA 01810

Hoffman & Kelly Plumbing and Heating
c/o Travis J. Jacobs, Esq.--The Jacobs Law LLC
101 Tremont Street, Suite 907
Boston, MA 02108

**BY CM/ECF:**

- Joseph S. Berman    jberman@lgllp.com
- Jeremy R Bombard    jbombard@houser-law.com
- Richard E. Briansky    rbriansky@princelobel.com, vderby@princelobel.com
- Orestes G. Brown    obrown@metaxasbrown.com
- Bailey Buchanan Nowak    bbuchanan@metaxasbrown.com
- Thomas E. Carlotto    tcarlotto@shslawfirm.com, BKdept@shslawfirm.com
- Lori A. Cianciulli    lacianciulli@candolawyers.com
- John F. Davis    johnfdavisesq@gmail.com
- Kathleen P. Dwyer    kdwyer@mhdpc.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- John Houton    John.Houton@cityofboston.gov
- Michael J. McCarthy    mjmccarthy@mccarthylaweb.com
- Marcus Pratt    bankruptcy@KORDEASSOC.COM
- Rian Vernon    mabk@harmonlaw.com