**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Jeanie Schofield                                     **Case/AP Number** 09-15849 **-FJB**
                                                                **Chapter** 7

  #276 Motion filed by Trustee Harold B. Murphy For Order Authorizing Recovery of Costs and
  Expenses Pursuant to 11 U.S.C. Section 506(c)

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved         _____Moot

_____Denied         _____Denied without prejudice       _____Withdrawn in open court

_____Overruled  _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed.  Granted.  The Trustee is authorized to recover $36,857.70 from the
proceeds of Unit 2.

                                    IT IS SO ORDERED:

                                    /s/ Frank J. Bailey

                                    _____Dated: 04/17/2014
                                    Frank J. Bailey
                                    United States Bankruptcy Judge